AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____ Southern _____   DISTRICT OF   _____ Florida _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ONECHE GARCIA-CORDERO and<br>JUNIOR ARCE | **CRIMINAL COMPLAINT**<br><br>Case Number:  08-3083-<br>SNOW |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about __8/14/2008__ in __Monroe__ County, in

the __Southern__ District of __Florida__ defendant(s) did,
<br>(Date)

*(Track Statutory Language of Offense)*

knowingly brought into the United States an alien and did not upon arrival immediately bring and present such alien
to an appropriate immigration officer at a designated port of entry, knowing and in reckless disregard of the fact that
such alien had not received prior official authorization to come to, enter, and reside in the United States, and
regardless of any official action which may later be taken with respect to such alien

in violation of Title  8  United States Code, Section(s)  1324(a)(2)(B)(iii)  .

I further state that I am a(n)  Agent, U.S. Border Patrol  and that this complaint is based on the
<br>Official Title

following facts:

See attached affidavit.

Continued on the attached sheet and made a part of this complaint:  ☑ Yes   ☐ No

_____
Signature of Complainant

DARREL WALRAVEN
_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

__8/14/2008__
Date

in the Southern District of Florida

_____
Signature of Judge

LURANA S. SNOW    U.S. MAGISTRATE
_____   _____
Name of Judge         Title of Judge

## AFFIDAVIT

I, Darrel V. Walraven, being duly sworn, hereby depose and state the following:

1. I am The Patrol Agent in Charge of the Marathon Border Patrol Station with the United States Border Patrol, Customs and Border Protection, Department of Homeland Security, previously the United States Immigration and Naturalization Service, and have been with the service for the past Fourteen (14) years.

2. This affidavit is made in support of a warrant of arrest for Oneche GARCIA-CORDERO and Junior ARCE who are suspected alien smugglers. It is believed that Oneche GARCIA-CORDERO and Junior ARCE did knowingly bring into the United States an alien and did not upon arrival immediately bring and present such alien to an appropriate immigration officer at a designated port of entry, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, and regardless of any official action which may later be taken with respect to such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

3. On August 13, 2008, United States Coast Guard officers onboard a Coast Guard small boat observed a 33' "go-fast" type vessel approach Loggerhead Key in the Dry Tortugas National Park. As the vessel approached Loggerhead Key, it stopped and disembarked what was later determined to be a total of 35 individuals in what appeared to be a landing of illegal aliens. The Coast Guard small boat immediately got underway and pursued the "go-fast" and stopped it approximately 15 miles north of Loggerhead Key, Florida. On board the U.S. documented vessel, called the Two Brothers, were two persons, identified as Oneche GARCIA-CORDERO and Junior ARCE. Subesequent interviews with the aliens on the Loggerhead Key confirmed

that all 35 subjects were Cuban nationals who did not have permission to be in or enter the United States. Loggerhead Key in the Dry Tortugas is not an authorized port of entry.

4. Based on the forgoing it is my belief that there exists probable cause that Oneche GARCIA-CORDERO and Junior ARCE did knowingly bring into the United States an alien and did not upon arrival immediately bring and present such alien to an appropriate immigration officer at a designated port of entry, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, and regardless of any official action which may later be taken with respect to such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

FURTHER AFFIANT SAYETH NOT.

Darrel Walraven
Patrol Agent in Charge
U.S. Border Patrol

Sworn and subscribed before me this
14th day of August, 2008
in the Southern District of Florida.

LURANA S. SNOW
UNITED STATE MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. _08 - 3083 - Sn?(oru)_

**UNITED STATES**

v.

**ONECHE GARCIA-CORDERO**
**and**
**JUNIOR ARCE,**

       **Defendants.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

       Respectfully submitted,
       R. ALEXANDER ACOSTA
       UNITED STATES ATTORNEY

BY: _____

       RUSS BROWN
       SPECIAL ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5501216
       99 N.E. 4th Street
       Miami, Florida 33131
       Ph:  (305) 961-9279
       Fax: (305) 536-7976
       Email: Russell.Brown2@usdoj.gov