```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                     KEY WEST DIVISION
 3                 CASE NO. 08-10057-CR-MOORE
   _____
 4                              |        MIAMI, FLORIDA
   UNITED STATES OF AMERICA,    |
 5                              |
              Plaintiff,        |        OCTOBER 23, 2008
 6                              |
       vs.                      |
 7                              |
   ONECHE GARCIA-CORDERO,       |
 8                              |
              Defendant.        |
 9 _____x
10
11              TRANSCRIPT OF NON-JURY TRIAL
           BEFORE THE HONORABLE K. MICHAEL MOORE,
12              UNITED STATES DISTRICT JUDGE
13 APPEARANCES:
14 FOR THE GOVERNMENT:      THOMAS R. BROWN, III, ESQ.
                            Assistant U.S. Attorney
15                          99 Northeast 4th Street
                            Miami, FL 33132      305.961.9279
16
17 FOR THE DEFENDANT:       PATRICK H. HUNT, ESQ.
                            Assistant Federal Public Defender
18                          1 East Broward Boulevard
                            Fort Lauderdale, FL 33301
19                                      954.356.7436
20 REPORTED BY:             LARRY HERR, RPR-RMR-FCRR-AE
                            Official United States Court Reporter
21                          Federally Certified Realtime Reporter
                            400 North Miami Avenue, Room 8N09
22                          Miami, FL  33128      305.523.5290
23
24
25
```

1              DEPUTY CLERK:  United States vs. Oneche

2    Garcia-Cordero.

3              Counsel, state your appearance, please.

4              MR. BROWN:  Good morning, Your Honor.  Russ Brown for

5    the United States.

6              MR. HUNT:  Good morning, Your Honor.  Patrick Hunt on

7    behalf of Mr. Oneche Garcia-Cordero who is present with the

8    service of a Spanish interpreter.

9              THE COURT:  Are you ready to proceed?

10             MR. BROWN:  Yes, sir.

11             MR. HUNT:  Yes, Your Honor.

12             THE COURT:  It is my understanding that Mr. Cordero

13   wishes to proceed by way of a non-jury trial; is that correct?

14             MR. HUNT:  Yes, Your Honor.

15             THE COURT:  Is this pursuant to a plea agreement?

16             MR. HUNT:  Not pursuant to a plea agreement.  We

17   intended to go forward with a bench trial and stipulated facts

18   in order to preserve a constitutional issue.  He signed a

19   waiver for a non-jury trial and the Government has consented to

20   a non-jury trial as well.

21             THE COURT:  Can we have Mr. Cordero sworn in?

22             [The defendant was duly sworn].

23             DEPUTY CLERK:  Would you please state your full name

24   for the record?

25             DEFENDANT CORDERO:  Oneche Garcia-Cordero.

3

```
 1  BY THE COURT:

 2  Q.  Mr. Cordero, how old are you?

 3  A.  29.

 4  Q.  And what's the level of your formal education?

 5  A.  9th grade.

 6  Q.  What is your citizenship?

 7  A.  I'm Cuban.

 8  Q.  And you don't speak English?

 9  A.  No.

10  Q.  Do you understand English?

11  A.  No.

12  Q.  How long have you lived in the United States?

13  A.  Four years.

14  Q.  Now, you know you've been charged with a federal offense?

15  A.  Yes.

16  Q.  Are you currently under the influence of any drugs or

17  medication of any kind?

18  A.  No.

19  Q.  Have you received a copy of the indictment listing the

20  charges made against you?

21  A.  Yes.

22  Q.  And have you discussed those charges with your attorney?

23  A.  Yes.

24  Q.  Do you understand that you have a right to a trial by jury?

25  A.  Yes.
```

1   Q.   And you understand that that would require that twelve

2   citizens from the Southern District of Florida hear your case

3   and decide whether you are guilty or not guilty?

4   A.   Yes.

5   Q.   And you understand that in order for them to find you

6   guilty all twelve of them would have to agree?

7   A.   Yes.

8   Q.   And do you understand that in order for all twelve of them

9   to agree, they would have to agree that you were guilty beyond

10  any reasonable doubt?

11  A.   Yes.

12  Q.   And you also understand you could waive your right to a

13  jury trial?

14  A.   Yes.

15  Q.   Have you discussed the waiver of a jury trial with your

16  attorney?

17  A.   Yes.

18  Q.   Do you need any more time to discuss the waiver of the jury

19  trial or the charges against you with your attorney?

20  A.   No.

21  Q.   And is it your desire, your intention that you want to

22  waive a jury trial?

23  A.   Yes.

24  Q.   Now, if you waive your right to a jury trial, then you

25  would be tried by a judge, myself.  Do you understand that?

```
 1  A.   Yes.

 2  Q.   And do you want me to hear your case?

 3  A.   Yes.

 4  Q.   And you want me to decide whether you are guilty or not

 5  guilty?

 6  A.   Yes.

 7  Q.   Now, is this your signature on the waiver of the jury

 8  trial?

 9  A.   Yes.

10        THE COURT:  We will accept the waiver of the jury

11  trial and proceed by way of a non-jury trial.  What we would

12  normally do in any case is have opening statements.  If you

13  feel the need to have an opening statement, you're welcome to.

14  If you don't want to, you're welcome to do that.  However you

15  want to proceed.

16        The Government goes first.

17        MR. BROWN:  The Government waives opening statement.

18        THE COURT:  Does the defense wish to make an opening

19  statement?

20        MR. HUNT:  No, Your Honor, we would also waive.

21        THE COURT:  We will hear your first witness, or I

22  heard some reference to stipulated facts?

23        MR. BROWN:  Yes, Your Honor.  With the Court's

24  permission, I would like to read into the record the joint

25  stipulated facts, Your Honor, and then at the end move for
```

1  admission into evidence of those facts, Your Honor.

2         THE COURT:  Okay.

3         MR. BROWN:  May it please the Court, Your Honor, I'm

4  Russ Brown, Special Assistant United States Attorney.

5         It is stipulated and agreed by and between the

6  parties, the United States of America by and through myself and

7  the defendant, Oneche Garcia-Cordero, with the advice and

8  consent of his counsel, Assistant Federal Public Defender

9  Patrick Hunt, that the following facts are true and deemed

10 proven beyond a reasonable doubt:

11        On August 13, 2008, around sunset, three Coast Guard

12 officers from a Coast Guard Security Team, were on the

13 northeast side of Loggerhead Key in the Dry Tortugas when they

14 heard the sound of boat engines and a vessel hitting bottom.

15 When Coast Guard Officer Chris Valdes looked in the direction

16 of the noise, he saw a white hulled vessel, approximately

17 27'-33' in length with a hard top, dark-colored outboard

18 engines, and an illuminated chart plotter on the vessel.

19        Officer Valdes witnessed multiple people jump from the

20 vessel and run ashore.

21        The Coast Guard departed the scene to put on their law

22 enforcement gear.  Five minutes later the officers returned to

23 the vessel's location and observed the vessel flee the scene.

24        Officer Valdes, in Spanish, ordered everyone to come

25 out of the bushes.  35 people came out of the bushes.  Officer

1    Valdes informed another Coast Guard Officer, Mona Benefiel,

2    that a white hulled vessel approximately 27'-33' in length with

3    a hard top, dark-colored outboard engines, and an illuminated

4    chart plotter on the vessel had just dropped off 35 people onto

5    Loggerhead Key and fled the scene.

6        Officer Valdes also stated to Officer Benefiel that

7    the vessel had departed Loggerhead Key heading in a

8    north-northeasterly direction.  Officer Benefiel and three

9    other Coast Guard personnel, at approximately 9:10 p.m.,

10   boarded a 33-foot Coast Guard small boat to search for the

11   vessel.

12       The Coast Guard drove in a northeasterly direction

13   from Loggerhead Key in the Dry Tortugas for approximately 16

14   nautical miles before deciding to head back to Loggerhead Key.

15       While heading back towards Loggerhead Key, a vessel

16   appeared on the Coast Guard boat's radar.  At approximately

17   10:10 p.m. the Coast Guard boarding team located a 33-feet

18   white hulled and red trimmed Avanti vessel with twin,

19   dark-colored, 350-horsepower outboard engines with its

20   navigational lights extinguished and sitting dead in the water

21   approximately 12 nautical miles north-northeast of Loggerhead

22   Key, Dry Tortugas.  This was the only vessel observed by the

23   Coast Guard officers from the time they left Loggerhead Key and

24   the only radar contact, other than buoys, that they had

25   observed on the radar or visually while searching for the

1    vessel.

2          The two men on board the vessel, later identified as

3    Oneche Garcia-Cordero and Junior Arce De La Cruz, were seen

4    washing the vessel down with a hose.  When asked in Spanish by

5    Coast Guard Officer Luis Velez what they were doing, both men

6    stated they were fishing, but stated they did not have any idea

7    what they were fishing for.

8          The United States documented vessel operated by the

9    defendants was named the Two Brothers.

10         United States Coast Guard Investigative Service

11   Spanish Agent Paul Shultz inventoried the vessel and discovered

12   the following:  A Global Positioning Satellite receiver, a

13   satellite phone, four fishing rods, only one of which worked, a

14   tackle box with sparse tackle for deep water fishing, numerous

15   Gatorade and water bottles, and a fuel transfer pump in a live

16   well compartment.

17         Additionally, no live bait, no ice, no fish nor any

18   catch was found on board the vessel.

19         Further inspection of the forward cabin of the vessel

20   by Special Agent Paul Shultz revealed that the forward cabin of

21   the vessel smelled heavily of gasoline and that the cushions in

22   the cabin appeared to be saturated in gasoline.

23         Additionally, when the vessel was pulled from the

24   water Special Agent Shultz inspected the bottom of the vessel

25   and observed numerous cracks in the vessel's hull, indicative

1  of damage sustained by a vessel that ran aground.

2          Also, Coast Guard Officer Chris Valdes later viewed

3  the Two Brothers and determined the Two Brothers matched the

4  description of the vessel he saw drop the migrants ashore at

5  Loggerhead Key and appeared to be that vessel.

6          On August 15, 2008, U.S. Border Patrol Agents

7  interviewed the 35 persons dropped off on Loggerhead Key on

8  August 13th, 2008.

9          The 35 persons interviewed were identified as Tania

10  Ibarra-Perez, a minor with the initials Y.P.I., Yaimara

11  Sanchez-Junquerra, Oscar Avila-Bano, Dany Cruz-Gonzalez, Omar

12  Caraballlo-Martin, Sergio Guiterrez-Lemus, Calixto

13  Vasallo-Luis, Javier Martin-Perez, Rueben Cruz-Perez, Basily

14  Reyes-Barrios, Juan Hernandez-Cruz, Juliesky Rodriguez-Sanchez,

15  Yulliet Pozo-Martinez, Ana Estelle Lopez-Rivero, Damarys

16  Trejo-Vasallo, Luisa Hernandez-Gazo, Nlurka Gutierrez-Lugo,

17  Zeida Pimentel-Denis, Yanalsy Figueroa-Gomez, Rosalda

18  Delgado-Lemus, Yomaily Izquierdo-Viton, Belkis

19  Martin-Hernandez, R.G.M. a minor, D.V.L., a minor, Handy

20  Benitez-Rivera, Feliz Gonzalez-Valido, Ridasnier

21  Mederos-Hernandez, Yaumel Perez-Pagola, Rafael Benitez-Tejeda,

22  Yurniel Cordero-Diaz, Yoel Graveran-Palacios, Joel Perez-Diaz,

23  Yobany Rodriguez-Barrios, and Yogvanny Verga-Otano.

24          All 35 individuals admitted to being citizens of Cuba

25  and arriving aliens into the United States.

1        The 35 migrants all stated they were from the Pinar

2   Del Rio region of Western Cuba.

3        One of the Cuban migrants, Mr. Javier Martin-Perez,

4   stated that a vessel matching the description of the one

5   operated by Oneche Garcia-Cordero and Junior Arce De La Cruz

6   picked him and the other Cuban nationals up in a bay in the

7   Pinar Del Rio region of Western Cuba.  The go-fast vessel

8   picked up him and the other Cuban migrants in the morning of

9   August 13, 2008.

10        Mr. Martin-Perez sat towards the bow of the go-fast

11   vessel during the trip to the United States.  At one point

12   during the voyage the go-fast vessel stopped in the water and

13   Mr. Martin Perez was asked to move from where he was sitting so

14   that fuel cans could be retrieved from the forward compartment

15   of the vessel in order to refuel that vessel.  After refueling

16   the vessel, the fuel cans were dumped into the ocean.

17        A court ordered search of the satellite phone found on

18   board the Two Brothers revealed over 30 phone calls were made

19   on the satellite phone during the 48-hour time period between

20   August 12, 2008 through August 13, 2008.  The geographic

21   position of the satellite phone during this 48-hour time period

22   difference between August 12th through the 13th, 2008 showed

23   that the Two Brothers departed from the vicinity of Fort Myers,

24   Florida during the evening of August 12th, 2008, and traveled

25   southward around the western side of the Dry Tortugas, Florida,

1    towards Cuba.

2         On August 13, 2008, positional data, the latitude and

3    longitude of the satellite phone, revealed that the phone was

4    used in a bay in the Pinar Del Rio region of Western Cuba

5    during the morning of August 13, 2008.

6         Further, positional data of the location of the

7    satellite phone showed the Two Brothers traveled back

8    northbound towards the Dry Tortugas, Florida during the day and

9    evening of August 13, 2008.

10        Additionally, the satellite phone information revealed

11   that several calls were made in the vicinity of the Dry

12   Tortugas, Florida around the time of the landing of the Cuban

13   migrants on Loggerhead Key.

14        A court ordered search of the Global Positioning

15   Satellite receiver revealed two waypoints in Cuba.  The

16   waypoints were named Punta Cata and Cents Keba.

17        The comments section in the GPS displayed the

18   following dates and times:  Punta Cata, it read August

19   12-AGO-08, 15:18, and Cents Keba, at 15:22.  Both of the

20   waypoints are bays in the Pinar Del Rio region of Western Cuba.

21        On June 28, 2005, Oneche Garcia-Cordero received an

22   order of removal for a previous administrative alien smuggling

23   charge conviction.  On August 12, 2008, Mr. Oneche

24   Garcia-Cordero departed the United States on board the vessel

25   Two Brothers while he had an outstanding order of removal dated

1  June 28, 2005.

2          On August 13, 2008, Mr. Oneche Garcia-Cordero

3  re-entered the United States at Loggerhead Key in the Dry

4  Tortugas.  The Attorney General of the United States, or his

5  successor, the Secretary for Homeland Security, did not

6  expressly consent to Mr. Oneche Garcia-Cordero's reapplying for

7  admission to the United States.  Mr. Oneche Garcia-Cordero did

8  not have permission to re-enter the United States.

9          Loggerhead Key in the Dry Tortugas, Florida, is not a

10  designated port of entry.

11          The 35 Cuban migrants previously named in paragraph 5

12  of this joint stipulation agreement, were not brought and

13  presented to an Immigration officer at a designated port of

14  entry.

15          So stipulated at the United States Courthouse in

16  Miami, Florida, this 23rd day of October, 2008.

17          Signed by Russ Brown, Special Assistant United States

18  Attorney, the defendant, Mr. Oneche Garcia-Cordero, and

19  Mr. Patrick Hunt, attorney for the defendant.

20          Your Honor, at this time the Government would request

21  this Court admit into evidence what has previously been marked

22  as Government's Exhibit 1, which is a six-page document between

23  the parties of the joint bench trial stipulation.

24          MR. HUNT:  No objection.

25          THE COURT:  It will be admitted.

1        [Government Exhibit 1 received in evidence.]

2        MR. BROWN:  May I approach, Your Honor?

3        THE COURT:  All right.

4        MR. BROWN:  At this time the Government rests.

5        THE COURT:  Any defense testimony?

6        MR. HUNT:  No, Your Honor.  Although it seems like a

7   formality, I think I am required at this point to move for

8   judgment of acquittal as to each of the counts in the

9   indictment, but I have no argument to present.

10        THE COURT:  Let me ask you:  Since it is your motion,

11   do you dispute that the Government has not set forth sufficient

12   prima facie evidence as to each of the counts against your

13   client?

14        MR. HUNT:  I do not.

15        THE COURT:  The motion will be denied.

16        MR. HUNT:  We have no evidence or testimony to present

17   for the defense.

18        THE COURT:  Any argument from either side?

19        MR. BROWN:  Just briefly, Your Honor, closing

20   argument.

21        The facts as stipulated by the parties proved beyond a

22   reasonable doubt the 72 counts as to this defendant as charged

23   in the indictment, Your Honor, that he and the co-defendant,

24   who is a fugitive, conspired to bring in these 35 individuals.

25   That Counts 2 through 36 they encourage and induced these

1   individuals.  Counts 37 through 71, that he failed to present

2   these individuals to an Immigration officer at a designated

3   port of entry, and Count 72, that he departed and re-entered

4   the United States while he had a previous outstanding removal

5   order, Your Honor.

6           As the facts allege, you can see the Coast Guard had

7   to go out, they had to search for this vessel.  The vessel did

8   not remain on scene after it dropped these individuals off.

9           The Government has proven all of the elements

10  necessary for this Court, Your Honor, to find the defendant

11  guilty as charged in the indictment.

12          Thank you, Your Honor.

13          THE COURT:  Any argument?

14          MR. HUNT:  No, Your Honor.  No closing argument.

15          I just want to make clear, as we already have, the

16  sole purpose of going forward in this fashion is to preserve

17  what we believe may be a valid constitutional issue.

18          THE COURT:  Well, based on the evidence presented,

19  then, I find that the Government has proved beyond a reasonable

20  doubt each of the essential elements as to each of the counts

21  alleged against this defendant, and that includes Count 1,

22  which is the conspiracy count.

23          I find the Government has proved beyond a reasonable

24  doubt that the defendant conspired to induce aliens to enter

25  the United States, in violation of Title 8, United States Code,

1    Section 1324(a)(2)(B)(iii), which I believe is the conspiracy

2    provision of 1324.  And that offense was committed on or about

3    August 13, 2008 in the Southern District of Florida.

4         I further find the Government has proved beyond a

5    reasonable doubt that the defendant did knowingly induce aliens

6    as set forth in Counts 2 through 36 of the indictment to enter

7    into the United States, in violation of Title 8, United States

8    Code, Section 1324(a)(2)(B)(iii) and Title 18 United States

9    Code, Section 2, on August 13, 2008 in the Southern District of

10   Florida.

11        As to counts 2 through 36, I further find the

12   Government has proved beyond a reasonable doubt as to Counts 37

13   through 71 that the defendant, Oneche Garcia-Cordero, did

14   knowingly bring aliens into the United States as set forth in

15   Counts 37 through 71 of the indictment.  And did not upon

16   arrival immediately bring and present such aliens to an

17   appropriate Immigration officer at a designated port of entry

18   on August 13, 2008 in the Southern District of Florida, in

19   violation of Title 8, United States Code, Section

20   1324(a)(2)(B)(iii) and United States Code, Section 2.  And the

21   Government has proven beyond a reasonable doubt that the

22   defendant, Oneche Garcia-Cordero, did on or about August 13,

23   2008, on the high seas and out of the jurisdiction of any

24   particular state or district, with Monroe County in the

25   Southern District of Florida being the district to which the

1   defendant was first brought, with having been an alien and

2   having departed the United States while an order of removal

3   dated June 28, 2005 was outstanding, attempted to enter the

4   United States knowingly and unlawfully without the Attorney

5   General of the United States having expressly consented to such

6   alien reapplying for admission, in violation of Title 8, United

7   States Code, Section 1326, sub A.

8          I believe that satisfies the requirements of guilt

9   beyond a reasonable doubt as to each of the counts alleged

10  against the defendant.

11         There is also a criminal forfeiture statute in the

12  indictment.  Are we in dispute or in agreement as to that?

13         MR. HUNT:  We are in agreement.  He has no interest in

14  the vessel, which I assume was the subject of the forfeiture.

15  We are in agreement as to granting the forfeiture.

16         THE COURT:  So I will direct the Government to submit

17  a proposed order of forfeiture as to the vessel.

18         MR. BROWN:  Yes, Your Honor.

19         THE COURT:  Now, it appears to me you now still have a

20  motion outstanding, or do you not?

21         MR. HUNT:  We do.  Magistrate Judge Simonton, we

22  agreed with her position that it was premature prior to the

23  development of a factual basis, and her recommendation was

24  either that you defer ruling until post-trial or you deny it

25  with leave to renew it post-trial.

 1          I would suggest and request Your Honor to give me

 2  maybe two weeks to file a supplemental pleading, whichever way

 3  you prefer to do it.  If you want to deny it or give me leave

 4  to renew or just defer it.

 5          Now, I would like to tailor the arguments, and I think

 6  the Government would like to respond as the arguments tailored

 7  as applied argument as opposed to a facial argument that is

 8  pending at this time.

 9          THE COURT:  Well, does the Government have any

10  objection to that?

11          MR. BROWN:  No objection from the Government, Your

12  Honor.

13          THE COURT:  Well, this is the 23rd.  Two weeks on my

14  calendar would be the 6th of November.  Is that what you're

15  asking for?

16          MR. HUNT:  Yes, Your Honor.

17          THE COURT:  So you will submit your supplemental

18  memorandum in support of your motion to dismiss by November 6,

19  2008.  The Government will respond five days.

20          MR. BROWN:  That's fine, Your Honor.

21          THE COURT:  What else do we need to do?

22          MR. HUNT:  That's it.

23          THE COURT:  You're not very optimistic about your

24  motion.

25          DEPUTY CLERK:  Thursday, January 8th at 2:00 p.m.

```
 1              THE COURT:  One thing or another, we still need a

 2   sentencing date.

 3              THE COURT:  You're right.

 4              MR. HUNT:  January 8 at 2:00 p.m.?

 5              DEPUTY CLERK:  Yes.

 6              THE COURT:  What else?

 7              MR. HUNT:  I think that's all.

 8              MR. BROWN:  That's it, Your Honor.

 9              THE COURT:  Thank you very much.

10              [Court adjourned at 10:55 a.m.].

11                  C E R T I F I C A T E

12         I hereby certify that the foregoing is an accurate

13   transcription of proceedings in the above-entitled matter.

14

                        s/Larry Herr

15   _____     _____

         DATE            LARRY HERR, RPR-CM-RMR-FCRSC

16                       Official United States Court Reporter

                        400 North Miami Avenue

17                       Miami, FL  33128 - 305/523-5290

                                    (Fax) 305/523-5639

18                            email:  Lindsay165@aol.com

19

20

21

22

23

24

25
```

**A**

**about** 15:2,22 17:23
**above-entitled** 18:13
**accept** 5:10
**accurate** 18:12
**acquittal** 13:8
**Additionally** 8:17,23
  11:10
**adjourned** 18:10
**administrative**
  11:22
**admission** 6:1 12:7
  16:6
**admit** 12:21
**admitted** 9:24 12:25
**advice** 6:7
**after** 10:15 14:8
**against** 3:20 4:19
  13:12 14:21 16:10
**Agent** 8:11,20,24
**Agents** 9:6
**agree** 4:6,9,9
**agreed** 6:5 16:22
**agreement** 2:15,16
  12:12 16:12,13,15
**aground** 9:1
**alien** 11:22 16:1,6
**aliens** 9:25 14:24
  15:5,14,16
**allege** 14:6
**alleged** 14:21 16:9
**already** 14:15
**Although** 13:6
**America** 1:4 6:6
**Ana** 9:15
**another** 7:1 18:1
**appearance** 2:3
**APPEARANCES**
  1:13
**appeared** 7:16 8:22
  9:5
**appears** 16:19
**applied** 17:7
**approach** 13:2
**appropriate** 15:17
**approximately** 6:16
  7:2,9,13,16,21
**Arce** 8:3 10:5
**argument** 13:9,18
  13:20 14:13,14
  17:7,7
**arguments** 17:5,6
**around** 6:11 10:25
  11:12
**arrival** 15:16
**arriving** 9:25
**ashore** 6:20 9:4
**asked** 8:4 10:13
**asking** 17:15
**Assistant** 1:14,17
  6:4,8 12:17
**assume** 16:14
**attempted** 16:3
**attorney** 1:14 3:22

4:16,19 6:4 12:4
  12:18,19 16:4
**August** 6:11 9:6,8
  10:9,20,20,22,24
  11:2,5,9,18,23
  12:2 15:3,9,18,22
**Avanti** 7:18
**Avenue** 1:21 18:16
**Avila-Bano** 9:11
**a.m** 18:17

**B**

**back** 7:14,15 11:7
**bait** 8:17
**based** 14:18
**Basily** 9:13
**basis** 16:23
**bay** 10:6 11:4
**bays** 11:20
**before** 1:11 7:14
**behalf** 2:7
**being** 9:24 15:25
**believe** 14:17 15:1
  16:8
**Belkis** 9:13
**bench** 2:17 12:23
**Benefiel** 7:1,6,8
**Benitez-Rivera** 9:20
**Benitez-Tejeda** 9:21
**between** 6:5 10:19
  10:22 12:22
**beyond** 4:9 6:10
  13:21 14:19,23
  15:4,12,21 16:9
**board** 8:2,18 10:18
  11:24
**boarded** 7:10
**boarding** 7:17
**boat** 6:14 7:10
**boat's** 7:16
**Border** 9:6
**both** 8:5 11:19
**bottles** 8:15
**bottom** 6:14 8:24
**Boulevard** 1:18
**bow** 10:10
**box** 8:14
**briefly** 13:19
**bring** 13:24 15:14,16
**Brothers** 8:9 9:3,3
  10:18,23 11:7,25
**brought** 12:12 16:1
**Broward** 1:18
**Brown** 1:14 2:4,4,10
  5:17,23 6:3,4
  12:17 13:2,4,19
  16:18 17:11,20
  18:8
**buoys** 7:24
**bushes** 6:25,25

**C**

**C** 18:11,11
**cabin** 8:19,20,22

**calendar** 17:14
**Calixto** 9:12
**calls** 10:18 11:11
**came** 6:25
**cans** 10:14,16
**Caraballlo-Martin**
  9:12
**case** 1:3 4:2 5:2,12
**Cata** 11:16,18
**catch** 8:18
**Cents** 11:16,19
**Certified** 1:21
**certify** 18:12
**charge** 11:23
**charged** 3:14 13:22
  14:11
**charges** 3:20,22 4:19
**chart** 6:18 7:4
**Chris** 6:15 9:2
**citizens** 4:2 9:24
**citizenship** 3:6
**clear** 14:15
**CLERK** 2:1,23
  17:25 18:5
**client** 13:13
**closing** 13:19 14:14
**Coast** 6:11,12,15,21
  7:1,9,10,12,16,17
  7:23 8:5,10 9:2
  14:6
**Code** 14:25 15:8,9
  15:19,20 16:7
**come** 6:24
**comments** 11:17
**committed** 15:2
**compartment** 8:16
  10:14
**consent** 6:8 12:6
**consented** 2:19 16:5
**conspiracy** 14:22
  15:1
**conspired** 13:24
  14:24
**constitutional** 2:18
  14:17
**contact** 7:24
**conviction** 11:23
**copy** 3:19
**Cordero** 2:12,21,25
  3:2
**Cordero-Diaz** 9:22
**correct** 2:13
**counsel** 2:3 6:8
**count** 14:3,21,22
**counts** 13:8,12,22,25
  14:1,20 15:6,11,12
  15:15 16:9
**County** 15:24
**court** 1:1,20 2:9,12
  2:15,21 3:1 5:10
  5:18,21 6:2,3
  10:17 11:14 12:21
  12:25 13:3,5,10,15
  13:18 14:10,13,18

16:16,19 17:9,13
  17:17,21,23 18:1,3
  18:6,9,10,16
**Courthouse** 12:15
**Court's** 5:23
**co-defendant** 13:23
**cracks** 8:25
**criminal** 16:11
**Cruz** 8:3 10:5
**Cruz-Gonzalez** 9:11
**Cruz-Perez** 9:13
**Cuba** 9:24 10:2,7
  11:1,4,15,20
**Cuban** 3:7 10:3,6,8
  11:12 12:11
**currently** 3:16
**cushions** 8:21

**D**

**damage** 9:1
**Damarys** 9:15
**Dany** 9:11
**dark-colored** 6:17
  7:3,19
**data** 11:2,6
**date** 18:2,15
**dated** 11:25 16:3
**dates** 11:18
**day** 11:8 12:16
**days** 17:19
**De** 8:3 10:5
**dead** 7:20
**decide** 4:3 5:4
**deciding** 7:14
**deemed** 6:9
**deep** 8:14
**defendant** 1:8,17
  2:22,25 6:7 12:18
  12:19 13:22 14:10
  14:21,24 15:5,13
  15:22 16:1,10
**defendants** 8:9
**Defender** 1:17 6:8
**defense** 5:18 13:5,17
**defer** 16:24 17:4
**Del** 10:2,7 11:4,20
**Delgado-Lemus**
  9:18
**denied** 13:15
**deny** 16:24 17:3
**departed** 6:21 7:7
  10:23 11:24 14:3
  16:2
**DEPUTY** 2:1,23
  17:25 18:5
**description** 9:4 10:4
**designated** 12:10,13
  14:2 15:17
**desire** 4:21
**determined** 9:3
**development** 16:23
**difference** 10:22
**direct** 16:16
**direction** 6:15 7:8,12

**discovered** 8:11
**discuss** 4:18
**discussed** 3:22 4:15
**dismiss** 17:18
**displayed** 11:17
**dispute** 13:11 16:12
**district** 1:1,1,12 4:2
  15:3,9,18,24,25,25
**DIVISION** 1:2
**document** 12:22
**documented** 8:8
**doing** 8:5
**doubt** 4:10 6:10
  13:22 14:20,24
  15:5,12,21 16:9
**down** 8:4
**drop** 9:4
**dropped** 7:4 9:7 14:8
**drove** 7:12
**drugs** 3:16
**Dry** 6:13 7:13,22
  10:25 11:8,11 12:3
  12:9
**duly** 2:22
**dumped** 10:16
**during** 10:11,12,19
  10:21,24 11:5,8
**D.V.L** 9:19

**E**

**E** 18:11,11
**each** 13:8,12 14:20
  14:20 16:9
**East** 1:18
**education** 3:4
**either** 13:18 16:24
**elements** 14:9,20
**email** 18:18
**encourage** 13:25
**end** 5:25
**enforcement** 6:22
**engines** 6:14,18 7:3
  7:19
**English** 3:8,10
**enter** 14:24 15:6
  16:3
**entry** 12:10,14 14:3
  15:17
**ESQ** 1:14,17
**essential** 14:20
**Estelle** 9:15
**evening** 6:24 11:9
**everyone** 6:24
**evidence** 6:1 12:21
  13:1,12,16 14:18
**Exhibit** 12:22 13:1
**expressly** 12:6 16:5
**extinguished** 7:20

**F**

**F** 18:11
**facial** 17:7
**facie** 13:12
**facts** 2:17 5:22,25

6:1,9 13:21 14:6
**factual** 16:23
**failed** 14:1
**fashion** 14:16
**Fax** 18:17
**federal** 1:17 3:14 6:8
**Federally** 1:21
**feel** 5:13
**Feliz** 9:20
**Figueroa-Gomez**
9:17
**file** 17:2
**find** 4:5 14:10,19,23
15:4,11
**fine** 17:20
**first** 5:16,21 16:1
**fish** 8:17
**fishing** 8:6,7,13,14
**five** 6:22 17:19
**FL** 1:15,18,22 18:17
**fled** 7:5
**flee** 6:23
**Florida** 1:1,4 4:2
10:24,25 11:8,12
12:9,16 15:3,10,18
15:25
**following** 6:9 8:12
11:18
**foregoing** 18:12
**forfeiture** 16:11,14
16:15,17
**formal** 3:4
**formality** 13:7
**Fort** 1:18 10:23
**forth** 13:11 15:6,14
**forward** 2:17 8:19
8:20 10:14 14:16
**found** 8:18 10:17
**four** 3:13 8:13
**from** 4:2 6:12,19
7:13,23 8:23 10:1
10:13,14,23 13:18
17:11
**fuel** 8:15 10:14,16
**fugitive** 13:24
**full** 2:23
**further** 8:19 11:6
15:4,11

**G**

**Garcia-Cordero** 1:7
2:2,7,25 6:7 8:3
10:5 11:21,24 12:2
12:7,18 15:13,22
**Garcia-Cordero's**
12:6
**gasoline** 8:21,22
**Gatorade** 8:15
**gear** 6:22
**General** 12:4 16:5
**geographic** 10:20
**give** 17:1,3
**Global** 8:12 11:14
**go** 2:17 14:7

**goes** 5:16
**going** 14:16
**Gonzalez-Valido**
9:20
**Good** 2:4,6
**Government** 1:14
2:19 5:16,17 12:20
13:1,4,11 14:9,19
14:23 15:4,12,21
16:16 17:6,9,11,19
**Government's** 12:22
**go-fast** 10:7,10,12
**GPS** 11:17
**grade** 3:5
**granting** 16:15
**Graveran-Palacios**
9:22
**Guard** 6:11,12,15,21
7:1,9,10,12,16,17
7:23 8:5,10 9:2
14:6
**guilt** 16:8
**guilty** 4:3,3,6,9 5:4,5
14:11
**Guiterrez-Lemus**
9:12
**Gutierrez-Lugo** 9:16

**H**

**H** 1:17
**Handy** 9:19
**hard** 6:17 7:3
**having** 16:1,2,5
**head** 7:14
**heading** 7:7,15
**hear** 4:2 5:2,21
**heard** 5:22 6:14
**heavily** 8:21
**her** 16:22,23
**Hernandez-Cruz**
9:14
**Hernandez-Gazo**
9:16
**Herr** 1:20 18:14,15
**high** 15:23
**him** 10:6,8
**hitting** 6:14
**Homeland** 12:5
**Honor** 2:4,6,11,14
5:20,23,25 6:1,3
12:20 13:2,6,19,23
14:5,10,12,14
16:18 17:1,12,16
17:20 18:8
**HONORABLE** 1:11
**hose** 8:4
**hull** 8:25
**hulled** 6:16 7:2,18
**Hunt** 1:17 2:6,6,11
2:14,16 5:20 6:9
12:19,24 13:6,14
13:16 14:14 16:13
16:21 17:16,22
18:4,7

**I**

16:4

**I**

**Ibarra-Perez** 9:10
**ice** 8:17
**idea** 8:6
**identified** 8:2 9:9
**III** 1:14
**illuminated** 6:18 7:3
**immediately** 15:16
**Immigration** 12:13
14:2 15:17
**includes** 14:21
**indicative** 8:25
**indictment** 3:19 13:9
13:23 14:11 15:6
15:15 16:12
**individuals** 9:24
13:24 14:1,2,8
**induce** 14:24 15:5
**induced** 13:25
**influence** 3:16
**information** 11:10
**informed** 7:1
**initials** 9:10
**inspected** 8:24
**inspection** 8:19
**intended** 2:17
**intention** 4:21
**interest** 16:13
**interpreter** 2:8
**interviewed** 9:7,9
**inventoried** 8:11
**Investigative** 8:10
**issue** 2:18 14:17
**Izquierdo-Viton**
9:18

**J**

**January** 17:25 18:4
**Javier** 9:13 10:3
**Joel** 9:22
**joint** 5:24 12:12,23
**Juan** 9:14
**judge** 1:12 4:25
16:21
**judgment** 13:8
**Juliesky** 9:14
**jump** 6:19
**June** 11:21 12:1 16:3
**Junior** 8:3 10:5
**jurisdiction** 15:23
**jury** 3:24 4:13,15,18
4:22,24 5:7,10
**just** 7:4 13:19 14:15
17:4

**K**

**K** 1:11
**Keba** 11:16,19
**Key** 1:2 6:13 7:5,7
7:13,14,15,22,23
9:5,7 11:13 12:3,9
**kind** 3:17
**know** 3:14
**knowingly** 15:5,14

16:4

**L**

**La** 8:3 10:5
**landing** 11:12
**LARRY** 1:20 18:15
**later** 6:22 8:2 9:2
**latitude** 11:2
**Lauderdale** 1:18
**law** 6:21
**leave** 16:25 17:3
**left** 7:23
**length** 6:17 7:2
**Let** 13:10
**level** 3:4
**lights** 7:20
**like** 5:24 13:6 17:5,6
**Lindsay165@aol.c...**
18:18
**listing** 3:19
**live** 8:15,17
**lived** 3:12
**located** 7:17
**location** 6:23 11:6
**Loggerhead** 6:13 7:5
7:7,13,14,15,21,23
9:5,7 11:13 12:3,9
**long** 3:12
**longitude** 11:3
**looked** 6:15
**Lopez-Rivero** 9:15
**Luis** 8:5
**Luisa** 9:16

**M**

**made** 3:20 10:18
11:11
**Magistrate** 16:21
**make** 5:18 14:15
**marked** 12:21
**Martin** 10:13
**Martin-Hernandez**
9:19
**Martin-Perez** 9:13
10:3,10
**matched** 9:3
**matching** 10:4
**matter** 18:13
**may** 6:3 13:2 14:17
**maybe** 17:2
**Mederos-Hernand...**
9:21
**medication** 3:17
**memorandum** 17:18
**men** 8:2,5
**Miami** 1:4,15,21,22
12:16 18:16,17
**MICHAEL** 1:11
**migrants** 9:4 10:1,3
10:8 11:13 12:11
**miles** 7:14,21
**minor** 9:10,19,19
**minutes** 6:22
**Mona** 7:1

**Monroe** 15:24
**MOORE** 1:11
**more** 4:18
**morning** 2:4,6 10:8
11:5
**motion** 13:10,15
16:20 17:18,24
**move** 5:25 10:13
13:7
**much** 18:9
**multiple** 6:19
**Myers** 10:23
**myself** 4:25 6:6

**N**

**name** 2:23
**named** 8:9 11:16
12:11
**nationals** 10:6
**nautical** 7:14,21
**navigational** 7:20
**necessary** 14:10
**need** 4:18 5:13 17:21
18:1
**Nlurka** 9:16
**noise** 6:16
**non-jury** 1:11 2:13
2:19,20 5:11
**normally** 5:12
**North** 1:21 18:16
**northbound** 11:8
**northeast** 1:15 6:13
**northeasterly** 7:12
**north-northeast**
7:21
**north-northeasterly**
7:8
**November** 17:14,18
**numerous** 14:24,25

**O**

**objection** 12:24
17:10,11
**observed** 6:23 7:22
7:25 8:25
**ocean** 10:16
**October** 1:5 12:16
**off** 7:4 9:7 14:8
**offense** 3:14 15:2
**officer** 6:15,19,24,25
7:1,6,6,8 8:5 9:2
12:13 14:2 15:17
**officers** 6:12,22 7:23
**Official** 1:20 18:16
**Okay** 6:2
**old** 3:2
**Omar** 9:11
**one** 8:13 10:3,4,11
18:1
**Oneche** 1:7 2:1,7,25
6:7 8:3 10:5 11:21
11:23 12:2,6,7,18
15:13,22
**only** 7:22,24 8:13

**onto** 7:4
**opening** 5:12,13,17
  5:18
**operated** 8:8 10:5
**opposed** 17:7
**optimistic** 17:23
**order** 2:18 4:5,8
  10:15 11:22,25
  14:5 16:2,17
**ordered** 6:24 10:17
  11:14
**Oscar** 9:11
**other** 7:9,24 10:6,8
**out** 6:25,25 14:7
  15:23
**outboard** 6:17 7:3
  7:19
**outstanding** 11:25
  14:4 16:3,20
**over** 10:18

**P**

**paragraph** 12:11
**particular** 15:24
**parties** 6:6 12:23
  13:21
**Patrick** 1:17 2:6 6:9
  12:19
**Patrol** 9:6
**Paul** 8:11,20
**pending** 17:8
**people** 6:19,25 7:4
**Perez** 10:13
**Perez-Diaz** 9:22
**Perez-Pagola** 9:21
**period** 10:19,21
**permission** 5:24 12:8
**personnel** 7:9
**persons** 9:7,9
**phone** 8:13 10:17,18
  10:19,21 11:3,3,7
  11:10
**picked** 10:6,8
**Pimentel-Denis** 9:17
**Pinar** 10:1,7 11:4,20
**Plaintiff** 1:5
**plea** 2:15,16
**pleading** 17:2
**please** 2:3,23 6:3
**plotter** 6:18 7:4
**point** 10:11 13:7
**port** 12:10,13 14:3
  15:17
**position** 10:21 16:22
**positional** 11:2,6
**Positioning** 8:12
  11:14
**post-trial** 16:24,25
**Pozo-Martinez** 9:15
**prefer** 17:3
**premature** 16:22
**present** 2:7 13:9,16
  14:1 15:16
**presented** 12:13

14:18
**preserve** 2:18 14:16
**previous** 11:22 14:4
**previously** 12:11,21
**prima** 13:12
**prior** 16:22
**proceed** 2:9,13 5:11
  5:15
**proceedings** 18:13
**proposed** 16:17
**proved** 13:21 14:19
  14:23 15:4,12
**proven** 6:10 14:9
  15:21
**provision** 15:2
**Public** 1:17 6:8
**pulled** 8:23
**pump** 8:15
**Punta** 11:16,18
**purpose** 14:16
**pursuant** 2:15,16
**put** 6:21

**p.m** 7:9,17 17:25
  18:4

**R**

**R** 1:14 18:11
**radar** 7:16,24,25
**Rafael** 9:21
**ran** 9:1
**read** 5:24 11:18
**ready** 2:9
**Realtime** 1:21
**reapplying** 12:6 16:6
**reasonable** 4:10 6:10
  13:22 14:19,23
  15:5,12,21 16:9
**received** 3:19 11:21
  13:1
**receiver** 8:12 11:15
**recommendation**
  16:23
**record** 2:24 5:24
**red** 7:18
**reference** 5:22
**refuel** 10:15
**refueling** 10:15
**region** 10:2,7 11:4
  11:20
**remain** 14:8
**removal** 11:22,25
  14:4 16:2
**renew** 16:25 17:4
**REPORTED** 1:20
**Reporter** 1:20,21
  18:16
**request** 12:20 17:1
**require** 4:1
**required** 13:7
**requirements** 16:8
**respond** 17:6,19
**rests** 13:4
**retrieved** 10:14
**returned** 6:22

**revealed** 8:20 10:18
  11:3,10,15
**Reyes-Barrios** 9:14
**re-enter** 12:8
**re-entered** 12:3 14:3
**Ridasnier** 9:20
**right** 3:24 4:12,24
  13:3 18:3
**Rio** 10:2,7 11:4,20
**Rodriguez-Barrios**
  9:23
**Rodriguez-Sanchez**
  9:14
**rods** 8:13
**Room** 1:21
**Rosalda** 9:17
**RPR-CM-RMR-F...**
  18:15
**RPR-RMR-FCRR...**
  1:20
**Rueben** 9:13
**ruling** 16:24
**run** 6:20
**Russ** 2:4 6:4 12:17
**R.G.M** 9:19

**S**

**Sanchez-Junquerra**
  9:11
**sat** 10:10
**satellite** 8:12,13
  10:17,19,21 11:3,7
  11:10,15
**satisfies** 16:8
**saturated** 8:22
**saw** 6:16 9:4
**scene** 6:21,23 7:5
  14:8
**search** 7:10 10:17
  11:14 14:7
**searching** 7:25
**seas** 15:23
**Secretary** 12:5
**section** 11:17 15:1,8
  15:9,19,20 16:7
**Security** 6:12 12:5
**see** 14:6
**seems** 13:6
**seen** 8:3
**sentencing** 18:2
**Sergio** 9:12
**service** 2:8 8:10
**set** 13:11 15:6,14
**several** 11:11
**showed** 10:22 11:7
**Shultz** 8:11,20,24
**side** 6:13 10:25
  13:18
**signature** 5:7
**signed** 2:18 12:17
**Simonton** 16:21
**Since** 13:10
**sir** 2:10
**sitting** 7:20 10:13

**six-page** 12:22
**small** 7:10
**smelled** 8:21
**smuggling** 11:22
**sole** 14:16
**some** 5:22
**sound** 6:14
**Southern** 1:1 4:2
  15:3,9,18,25
**southward** 10:25
**Spanish** 2:8 6:24 8:4
**sparse** 8:14
**speak** 3:8
**Special** 6:4 8:20,24
  12:17
**state** 2:3,23 15:24
**stated** 7:6 8:6,6 10:1
  10:4
**statement** 5:13,17
  5:19
**statements** 5:12
**States** 1:1,4,12,20
  2:1,5 3:12 6:4,6
  8:8,10 9:25 10:11
  11:24 12:3,4,7,8
  12:15,17 14:4,25
  14:25 15:7,7,8,14
  15:19,20 16:2,4,5
  16:7 18:16
**statute** 16:11
**still** 16:19 18:1
**stipulated** 2:17 5:22
  5:25 6:5 12:15
  13:21
**stipulation** 12:12,23
**stopped** 10:12
**Street** 1:15
**sub** 16:7
**subject** 16:14
**submit** 16:16 17:17
**successor** 12:5
**sufficient** 13:11
**suggest** 17:1
**sunset** 6:11
**supplemental** 17:2
  17:17
**support** 17:18
**sustained** 9:1
**sworn** 2:21,22
**s/Larry** 18:14

**T**

**T** 18:11,11
**tackle** 8:14,14
**tailor** 17:5
**tailored** 17:6
**Tania** 9:9
**team** 6:12 7:17
**testimony** 13:5,16
**Thank** 14:12 18:9
**their** 6:21
**thing** 18:1
**think** 13:7 17:5 18:7

**THOMAS** 1:14
**three** 6:11 7:8
**through** 6:6 10:20
  10:22 13:25 14:1
  15:6,11,13,15
**Thursday** 17:25
**time** 4:18 7:23 10:19
  10:21 11:12 12:20
  13:4 17:8
**times** 11:18
**Title** 14:25 15:7,8,19
  16:6
**top** 6:17 7:3
**Tortugas** 6:13 7:13
  7:22 10:25 11:8,12
  12:4,9
**towards** 7:15 10:10
  11:1,8
**TRANSCRIPT** 1:11
**transcription** 18:13
**transfer** 8:15
**traveled** 10:24 11:7
**Trejo-Vasallo** 9:16
**trial** 1:11 2:13,17,19
  2:20 3:24 4:13,15
  4:19,22,24 5:8,11
  5:11 12:23
**tried** 4:25
**trimmed** 7:18
**trip** 10:11
**true** 6:9
**twelve** 4:1,6,8
**twin** 7:18
**two** 8:2,9 9:3,3 10:18
  10:23 11:7,15,25
  17:2,13

**U**

**under** 3:16
**understand** 3:10,24
  4:1,5,8,12,25
**understanding** 2:12
**United** 1:1,4,12,20
  2:1,5 3:12 6:4,6
  8:8,10 9:25 10:11
  11:24 12:3,4,7,8
  12:15,17 14:4,25
  14:25 15:7,7,8,14
  15:19,20 16:2,4,5
  16:6 18:16
**unlawfully** 16:4
**until** 16:24
**used** 11:4
**U.S** 1:14 9:6

**V**

**Valdes** 6:15,19,24
  7:1,6 9:2
**valid** 14:17
**Vasallo-Luis** 9:13
**Velez** 8:5
**Verga-Otano** 9:23
**very** 17:23 18:9
**vessel** 6:14,16,18,20

6:23 7:2,4,7,11,15
7:18,22 8:1,2,4,8
8:11,18,19,21,23
8:24 9:1,4,5 10:4,7
10:11,12,15,15,16
11:24 14:7,7 16:14
16:17
**vessel's** 6:23 8:25
**vicinity** 10:23 11:11
**viewed** 9:2
**violation** 14:25 15:7
15:19 16:6
**visually** 7:25
**voyage** 10:12
**vs** 1:6 2:1

### W
**waive** 4:12,22,24
5:20
**waiver** 2:19 4:15,18
5:7,10
**waives** 5:17
**want** 4:21 5:2,4,14
5:15 14:15 17:3
**washing** 8:4
**water** 7:20 8:14,15
8:24 10:12
**way** 2:13 5:11 17:2
**waypoints** 11:15,16
11:20
**weeks** 17:2,13
**welcome** 5:13,14
**well** 2:20 8:16 14:18
17:9,13
**were** 4:9 6:12 8:3,5,6
8:7 9:9 10:1,16,18
11:11,16 12:12
**WEST** 1:2
**western** 10:2,7,25
11:4,20
**whichever** 17:2
**while** 7:15,25 11:25
14:4 16:2
**white** 6:16 7:2,18
**wish** 5:18
**wishes** 2:13
**witness** 5:21
**witnessed** 6:19
**worked** 8:13

### X
**x** 1:9

### Y
**Yaimara** 9:10
**Yanalsy** 9:17
**Yaumel** 9:21
**years** 3:13
**Yobany** 9:23
**Yoel** 9:22
**Yogvanny** 9:23
**Yomaily** 9:18
**Yulliet** 9:15
**Yurniel** 9:22

**Y.P.I** 9:10

### Z
**Zeida** 9:17

### 0
**08-10057-CR-MO...**
1:3

### 1
**1** 1:18 12:22 13:1
14:21
**10:10** 7:17
**10:55** 18:10
**12** 7:21 10:20 11:23
**12th** 10:22,24
**12-AGO-08** 11:19
**13** 6:11 10:9,20 11:2
11:5,9 12:2 15:3,9
15:18,22
**13th** 9:8 10:22
**1324** 15:2
**1324(a)(2)(B)(iii)**
15:1,8,20
**1326** 16:7
**15** 9:6
**15:18** 11:19
**15:22** 11:19
**16** 7:13
**18** 15:8

### 2
**2** 13:25 15:6,9,11,20
**2:00** 17:25 18:4
**2005** 11:21 12:1 16:3
**2008** 1:5 6:11 9:6,8
10:9,20,20,22,24
11:2,5,9,23 12:2
12:16 15:3,9,18,23
17:19
**23** 1:5
**23rd** 12:16 17:13
**27** 6:17 7:2
**28** 11:21 12:1 16:3
**29** 3:3

### 3
**30** 10:18
**305.523.5290** 1:22
**305.961.9279** 1:15
**305/523-5290** 18:17
**305/523-5639** 18:17
**33** 6:17 7:2
**33-feet** 7:17
**33-foot** 7:10
**33128** 1:22 18:17
**33132** 1:15
**33301** 1:18
**35** 6:25 7:4 9:7,9,24
10:1 12:11 13:24
**350-horsepower**
7:19
**36** 13:25 15:6,11
**37** 14:1 15:12,15

### 4
**4th** 1:15
**400** 1:21 18:16
**48-hour** 10:19,21

### 5
**5** 12:11

### 6
**6** 17:18
**6th** 17:14

### 7
**71** 14:1 15:13,15
**72** 13:22 14:3

### 8
**8** 14:25 15:7,19 16:6
18:4
**8N09** 1:21
**8th** 17:25

### 9
**9th** 3:5
**9:10** 7:9
**954.356.7436** 1:19
**99** 1:15